IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 1:CR-01-129-01 |
| **v.** | : |
| **DARAN SAWYERS** | : |

## O R D E R

**IT IS HEREBY ORDERED THAT**:

1) Lori Ulrich, Assistant Federal Public Defender, 100 Chestnut Street, Harrisburg, Pennsylvania 17101, telephone (717) 782-2237, is appointed to represent Defendant for purposes of the revocation proceedings in the captioned action.

2) At the request of counsel for Defendant, the supervised release revocation proceeding is continued from December 7, 2004, to Tuesday, December 14, 2004, at 10:00 a.m. in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

                                                s/Sylvia H. Rambo
                                                Sylvia H. Rambo
                                                United States District Judge

Dated:  December 7, 2004.