AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

_____MIDDLE_____  District of  _____PENNSYLVANIA_____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For **Revocation** of Probation or Supervised Release) |
| DARAN SAWYERS | Case Number: 1:01-CR-0129-01 |
| | USM Number: 10634-067 |
| | Lori Ulrich, Esquire |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilty to violation of condition(s)  __General and Standard Conditions__  of the terms of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Defendant shall not commit another federal, state, or local crime. | 05/27/2004 |
| General | Defendant shall refrain from any unlawful use of a controlled substance | 06/07/2004 |
| Standard Condition #2 | Defendant shall report to the probation officer as directed | 07/31/2004 |
| Standard Condition #11 | Defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer | 07/03/2004 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:

Defendant's Date of Birth: _____

Defendant's Residence Address:

Dauphin County Prison

501 Mall Road

Harrisburg, PA. 17111

Defendant's Mailing Address:

Dauphin County Prison

501 Mall Road

Harrisburg, PA. 17111

December 14, 2004
Date of Imposition of Judgment

_/s/ Sylvia H. Rambo_
Signature of Judge

Sylvia H. Rambo, United States District Judge
Name and Title of Judge

12/14/04
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
        Sheet 2— Imprisonment

|  |  |
|---|---|
| DEFENDANT: | DARAN SAWYERS |
| CASE NUMBER: | 1:01-CR-0129-01 |

Judgment — Page __2__ of __2__

## IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :    12 months

X   The court makes the following recommendations to the Bureau of Prisons:
      1. Court recommends placement at a facility where the defendant can receive substance abuse treatment.
      2. If the first recommendation can be met, court also requests placement at FCI Schuylkill.
      3. The court requests that the Bureau of Prisons scrutinize this defendant's time served credits.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐ as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____ .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL