AO 245D   (Rev. 12/03 Judgment in a Criminal Case for Revocations
         Sheet 2— Imprisonment

| | |
|---|---|
| DEFENDANT: DARAN SAWYERS | Judgment — Page 2 of 2 |
| CASE NUMBER: 1:01-CR-0129-01 | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:   12 months

X   The court makes the following recommendations to the Bureau of Prisons:
   1. Court recommends placement at a facility where the defendant can receive substance abuse treatment.
   2. If the first recommendation can be met, court also requests placement at FCI Schuylkill.
   3. The court requests that the Bureau of Prisons scrutinize this defendant's time served credits.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____
   ☐ as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____

Defendant delivered on   1/31/05   to   FPC Schuylkill
a   Minersville, PA   with a certified copy of this judgment.

                                   Ronnie R Holt, Warden
                                   ~~UNITED STATES MARSHAL~~

                              By   B4 Kranyullie
                                   ~~DEPUTY UNITED STATES MARSHAL~~